DYKEMA GOSSETT LLP
Jeffrey G. Huron (136585)
jhuron@dykema.com
333 South Grand Avenue
Suite 2100
Los Angeles, CA 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Attorneys for Defendant
321-323 MAIN STREET, LLC

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MIA LABOWITZ,<br><br>    Plaintiff,<br><br>vs.<br><br>321-323 MAIN STREET, LLC, a California limited liability company, and DOES 1-10,<br><br>    Defendants. | Case No. 2:18-cv-08969-JFW-AFM<br><br>Assigned to Hon. John F. Walter<br>Courtroom: 7A<br><br>**ORDER RE DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: October 17, 2018 |

## **ORDER**

IT IS HEREBY ORDERED pursuant to the parties' Stipulation, and Good Cause appearing therefor, that the above entitled action is hereby dismissed in its entirety with prejudice. Each side shall bear its own costs and fees.

IT IS SO ORDERED.

Dated: April 4, 2019

_____
Honorable Judge John F. Walter
UNITED STATES DISTRICT JUDGE